**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Anthony C. Odom, Appellant,

v.

Alan Wilson, in his official capacity as Attorney General of the State of South Carolina, J. Strom Thurmond, Jr., Barry Barnett, and Christina T. Adams, in their official capacities as South Carolina Circuit Solicitors, Respondents.

Appellate Case No. 2012-210914

———————

Appeal from Spartanburg County
J. Derham Cole, Circuit Court Judge

———————

Memorandum Opinion No. 2013-MO-022
Heard June 6, 2013 – Filed July 17, 2013

———————

**AFFIRMED**

———————

Tina L. M. Young, of Aiken, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General J. Emory Smith, Jr., of Columbia, for Respondents.

———————

**PER CURIAM:**  Anthony Odom sued Attorney General Alan Wilson and all sixteen South Carolina solicitors in their official capacities seeking *inter alia* injunctive and declaratory relief to prevent the State from prosecuting him on charges of solicitation of a minor in Oconee County.  The circuit court dismissed the case, finding it lacked jurisdiction to enjoin an ongoing criminal prosecution.  We affirm pursuant to Rule 220(b)(1), SCACR, and the following authorities: *Herron v. Century BMW*, 395 S.C. 461, 465, 719 S.E.2d 640, 642 (2012) ("Issue preservation rules are designed to give the trial court a fair opportunity to rule on the issues, and thus provide us with a platform for meaningful appellate review."); *I'On, L.L.C. v. Town of Mt. Pleasant*, 338 S.C. 406, 422, 526 S.E.2d 716, 724 (2000) ("If the losing party has raised an issue in the lower court, but the court fails to rule upon it, the party must file a motion to alter or amend the judgment in order to preserve the issue for appellate review.").

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**